IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP<br><br>*Defendants.* | <br><br><br><br><br><br><br><br>Case No. 3:19-cv-00602 |
| ENBRIDGE ENERGY, LP<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>*Counter-Defendants.* | <br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**[PROPOSED] ORDER
GRANTING ENBRIDGE ENERGY, LP'S MOTION TO COMPEL
TO PERMIT ENTRY ONTO THE BAD RIVER RESERVATION TO INSPECT LANDS**

Upon consideration of Enbridge Energy, Limited Partnership's Motion to Compel to Permit Entry onto the Bad River Reservation to Inspect Lands (the "Motion"), as well as the briefs and other materials filed in connection with that Motion, the Court hereby **GRANTS** that motion. It is hereby **ORDERED** that:

1. Plaintiff and Counter-Defendant Tillison shall grant Enbridge and its agents access to the Meander and Slope 18 sites within the Bad River Reservation for the purposes of surveying and inspecting these sites in accordance with Enbridge's July 27, 2020 Rule 34 request, and shall

permit Enbridge and its agents access to complete the plant survey and wetland delineation before the end of September; and

    2.    Enbridge shall be entitled to an award of its reasonable attorneys' fees and expenses associated with the filing of this Motion.

**SO ORDERED.**

Date: _____                      _____

                                                                     United States Magistrate Judge