IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>     *Plaintiff*,<br> v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP<br><br>     *Defendants*. | Case No. 3:19-cv-00602 |
| ENBRIDGE ENERGY, LP<br><br>     *Counter-Plaintiff,*<br> v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>     *Counter-Defendants.* | Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**NOTICE OF WITHDRAWAL OF ENBRIDGE ENERGY, LP'S MOTION TO COMPEL TO PERMIT ENTRY ONTO THE BAD RIVER RESERVATION TO INSPECT LANDS**

Defendant Enbridge Energy, Limited Partnership ("Enbridge") hereby withdraws its Motion to Compel to Permit Entry onto the Reservation to Inspect Lands (D.E. 51), as the parties were able to resolve the issues.

However, the parties have conferred and respectfully request, should the Court agree, that the Court maintain the September 15, 2020 telephonic hearing so the parties can discuss case scheduling concerns with the Court, consistent with the September 8, 2020 text order (D.E. 52) in this matter.

Dated:  September 10, 2020	Respectfully submitted,

/s/ *Justin B. Nemeroff*
Michael C. Davis
David L. Feinberg
Justin B. Nemeroff
Zakariya Varshovi
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20004
(202) 344-8278
MCDavis@venable.com
DLFeinberg@venable.com
JBNemeroff@venable.com
ZKVarshovi@venable.com

/s/ Eric M. McLeod
Eric M. McLeod
Joseph S. Diedrich
HUSCH BLACKWELL
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 234-6056
eric.mcleod@huschblackwell.com

/s/ David H. Coburn
David H. Coburn
Shannen W. Coffin
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-8063
dcoburn@steptoe.com
scoffin@steptoe.com

*Counsel for Enbridge Energy, Limited Partnership*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2020, I served the foregoing document on all counsel of record using the Court's ECF system.

Dated:  September 10, 2020	/s/ *Justin B. Nemeroff*
	Justin B. Nemeroff