UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.,<br><br>        Defendants.<br>_____<br><br>ENBRIDGE ENERGY, L.P.,<br><br>        Counter-Plaintiff,<br><br>   v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity,<br><br>        Counter-Defendants. | Case No. 3:19-cv-00602<br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

## MOTION TO QUASH SUBPOENA

The Red Cliff Band of Lake Superior Chippewa Indians ("Red Cliff"), an non-party in the above action, moves to quash the subpoena issued by Enbridge Energy Company, Inc. and Enbridge Energy, LP dated September 10, 2020 (copy attached

1

to Declaration of David M. Ujke as Exhibit A, at 3-4), pursuant to Federal Rules of Civil Procedure 45 (d)(3). The grounds for this motion are:

 A. Red Cliff is a federally recognized Indian tribe and immune from suit by Enbridge without express consent of the Tribe or unless authorized by Congress, and no such consent nor authorization has been given; and

 B. The subpoena is overbroad and unduly burdensome.

In support of this Motion to Quash, Red Cliff respectfully submits the submits the following:

 (1) Red Cliff's Brief in Support of Motion to Quash Subpoena; and

 (2) Declaration of David M. Ujke, with exhibits.

This Motion is based on the concurrently filed Brief, all pleadings, records, and files in the above-captioned case, and on such argument as may be presented by counsel at any hearing on this Motion.

Red Cliff requests that the Court quash Enbridge's subpoena, and grant such further and other relief as this Court deems proper.

Dated: September 24, 2020

        Respectfully Submitted,

        By: <u>s/Wade Max Williams</u>
           Wade Max Williams
           WI Bar No. 1025502
           wade.williams@redcliff-nsn.gov

>David M. Ujke
>WI Bar No. 1014312
>dave.ujke@redcliff-nsn.gov
>
>Attorneys for non-party Red Cliff Band of
>Lake Superior Chippewa Indians

<u>Address:</u>
Red Cliff Band of Lake Superior Chippewa Indians
Legal Department
88455 Pike Road
Bayfield, WI 54814
715-779-3725