**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff,*<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP<br><br>*Defendants.* | Case No. 3:19-cv-00602<br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |
| ENBRIDGE ENERGY, LP<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>*Counter-Defendants.* | |

**ENBRIDGE ENERGY, LP'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
TO PERMIT ENTRY ONTO THE RESERVATION TO APPRAISE LANDS**

Defendants Enbridge Energy, Limited Partnership ("Enbridge") hereby voluntarily withdraws without prejudice its Motion to Compel to Permit Entry Onto the Reservation to Appraise Lands (the "Motion") (Dkt. No. 113) and states as follows:

1. On March 29, 2021, Enbridge filed the Motion, seeking access for its Rule 26 experts to conduct appraisals of parcels relevant to the litigation on the Reservation of the Bad River Band of the Lake Superior Tribe of Chippewa Indians (the "Band").

    2.       On April 5, 2021, the Band filed its opposition to the Motion.

    3.       Last week, the parties worked to resolve the Motion without court intervention, arranging for access to the Reservation to occur this week. The parties informed the Court of these developments via letter on April 9, 2021 (Dkt. No. 120).

    4.       The appraisals scheduled for this week have occurred and are now completed, therefore, as stated in the April 9, 2021 letter (Dkt. No. 120), Enbridge voluntarily withdraws its Motion without prejudice

    5.       By withdrawing its Motion, Enbridge does not admit or accept any of the legal arguments or representations made by the Band in its motion. Enbridge preserves all rights to refile the Motion should pursuant to Fed. R. Civ. P. 34 should future access issues arise.

Dated: April 14, 2021

Respectfully submitted,

/s/ David H. Coburn
David H. Coburn
Shannen W. Coffin
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-8063
dcoburn@steptoe.com
scoffin@steptoe.com

/s/ David L. Feinberg
Michael C. Davis
David L. Feinberg
Zak K. Varshovi
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-8278
MCDavis@venable.com
DLFeinberg@venable.com
ZKVarshovi@venable.com

/s/ Eric M. McLeod
Eric M. McLeod
Joseph S. Diedrich
HUSCH BLACKWELL
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 234-6056
eric.mcleod@huschblackwell.com

*Counsel for Enbridge Energy Company, Inc., and Enbridge Energy, Limited Partnership*

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2021, I served the foregoing document on all counsel of record using the Court's ECF system.

/s/ *David L. Feinberg*
David L. Feinberg