IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.<br><br>*Defendants*. | Case No. 3:19-cv-00602 |
| ENBRIDGE ENERGY, L.P.<br><br>*Counter-Plaintiff*,<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>*Counter-Defendants*. | Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Defendants respectfully submit this motion for partial summary judgment on Counts 1, 2, 4, and 5 of the Third Amended Complaint. *See* Fed. R. Civ. P. 56(a). This motion is supported by the accompanying Brief in Support, the Declarations of Julie Molina and Mark Maxwell, and the Defendants' Proposed Findings of Fact.

Dated this 6th day of May, 2022                                   Respectfully submitted,

| | |
|---|---|
| /s/ David H. Coburn | /s/ David L. Feinberg |
| David H. Coburn | Michael C. Davis |
| STEPTOE & JOHNSON LLP | David L. Feinberg |
| 1330 Connecticut Avenue, NW | Justin B. Nemeroff |
| Washington, DC 20036-1795 | VENABLE LLP |
| (202) 429-8063 | 600 Massachusetts Ave., NW |
| dcoburn@steptoe.com | Washington, DC 20001 |
| | (202) 344-8278 |
| | MCDavis@venable.com |
| | DLFeinberg@venable.com |
| | JBNemeroff@venable.com |
| | |
| | /s/ Joseph S. Diedrich |
| | Eric M. McLeod |
| | Joseph S. Diedrich |
| | HUSCH BLACKWELL LLP |
| | 33 East Main Street, Suite 300 |
| | Madison, WI 53701-1379 |
| | (608) 255-4440 |
| | eric.mcleod@huschblackwell.com |
| | joseph.diedrich@huschblackwell.com |

*Counsel for Enbridge Energy Company, Inc., and
Enbridge Energy, Limited Partnership*

1

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2022, I served the foregoing document on all counsel of record using the Court's ECF system.

/s/ Joseph S. Diedrich
Joseph S. Diedrich
