IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>    *Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.<br><br>    *Defendants*.<br><br>ENBRIDGE ENERGY, L.P.<br><br>    *Counter-Plaintiff*,<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>    *Counter-Defendants*. | Case No. 3:19-cv-00602<br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**JOINT MOTION FOR EXTENSION TO EXCHANGE SUMMARY EXHIBITS**

  The parties jointly write the Court to seek an extension concerning the exchange and submission of summary exhibits (as governed by Fed. R. Evid. 1006).

  On September 20, 2022, the Court granted the parties' joint motion (Dkt. 370) to exchange digital copies of exhibits to October 4, 2022. *See* Dkt. 371. The parties jointly request an extension only with respect to the exchange of Rule 1006 summary exhibits until October 7, 2022. The parties would still exchange their respective copies of all other exhibits on October 4, 2022, and

the parties will be prepared to discuss objections and issues pertaining to the exhibit lists at the final pretrial conference scheduled for October 11, 2022.

This extension will not in any way prejudice, delay or adversely impact the parties' pretrial preparations. Nor do the parties anticipate that this slight extension would impair the Court's ability to oversee an efficient trial, or to rule on the parties objections to summary exhibits, if any, at the pretrial conference.

## CONCLUSION

Accordingly, the parties respectfully request an extension to submit to the Court and exchange copies of Rule 1006 summary exhibits until October 7, 2022.

Dated: September 30, 2022      Respectfully submitted,

| | |
|---|---|
| */s/ Philip H. Tinker* | /s/ *Justin B. Nemeroff* |
| Riyaz A. Kanji | Michael C. Davis |
| David A. Giampetroni | David L. Feinberg |
| Lucy W. Braun | Justin B. Nemeroff |
| KANJI & KATZEN, P.L.L.C. | Venable LLP |
| 303 Detroit Street, Suite 400 | 600 Mass. Ave., NW |
| Ann Arbor, MI 48104 | Washington, D.C. 20001 |
| rkanji@kanjikatzen.com | (202) 344-8278 |
| dgiampetroni@kanjikatzen.com | MCDavis@venable.com |
| lbraun@kanjikatzen.com | DLFeinberg@venable.com |
| (734) 769-5400 | JBNemeroff@venable.com |
| | |
| Jane G. Steadman | David H. Coburn |
| Philip H. Tinker | Shannen W. Coffin |
| Claire R. Newman | Steptoe & Johnson LLP |
| KANJI & KATZEN, P.L.L.C. | 1330 Connecticut Avenue, NW |
| 811 1st Avenue, Suite 630 | Washington, DC 20036-1795 |
| Seattle, WA 98104 | (202) 429-8063 |
| jsteadman@kanjikatzen.com | dcoburn@steptoe.com |
| ptinker@kanjikatzen.com | scoffin@steptoe.com |
| cnewman@kanjikatzen.com | |
| (206) 344-8100 | Eric M. McLeod |
| | Joseph S. Diedrich |
| Erick Arnold | Husch Blackwell |

BAD RIVER BAND OF THE LAKE
SUPERIOR TRIBE OF CHIPPEWA INDIANS
OF THE BAD RIVER RESERVATION
72682 Maple Street
Odanah, Wisconsin 54861
attorney@badriver-nsn.gov
(715) 682-7107

*Counsel for Plaintiff*

33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 234-6056
eric.mcleod@huschblackwell.com

*Counsel for Defendants*