# Appendix E: Bad River Meander Property Ownership

## APPENDIX E: BAD RIVER MEANDER PROPERTY OWNERSHIP

The official Ashland County property ownership at the Bad River meander near Line 5 is shown on Figure E-1. The western portion of the meander neck was acquired by Enbridge from a private landowner (Daniel Walworth) in 2020. The eastern portion of the meander neck is held in trust by the United States for the Band. After the parcel boundaries were originally determined, the Bad River channel migrated to a different alignment. In Figure E-2, parcel boundaries were adjusted to match the current alignment of the Bad River channel banks.



**Figure E-1: Ashland County Parcels at the Bad River Meander near Line 5**



**Figure E-2: Adjusted Ashland County Parcels at the Bad River Meander near Line 5**