# COURTROOM MINUTES
# CIVIL

DATE: 10/21/2022  DAY: Friday  START TIME: 10:07 am  END TIME: 11:37 am
JUDGE/MAG.: WMC  CLERK: JLS  REPORTER: PCH
CASE NO.: 19-cv-602-wmc  CASE NAME: Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation v. Enbridge Energy Company, Inc., et al.

**APPEARANCES:**

PLAINTIFF(S): Philip Tinker
Douglas Poland

DEFENDANT(S): Justin Nemeroff
Michael Davis
Joseph Diedrich

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Final Pretrial Conferences

Continued discussion on exhibits.

TOTAL COURT TIME: 1 hr 30 min