IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BAD RIVER BAND OF THE LAKE SUPERIOR
TRIBE OF CHIPPEWA INDIANS OF THE BAD
RIVER RESERVATION,

*Plaintiff*,

v.

ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY, L.P.,

*Defendants*.

ENBRIDGE ENERGY COMPANY, INC., and
ENBRIDGE ENERGY, L.P.,

*Counter-Plaintiffs*,

v.

BAD RIVER BAND OF THE LAKE SUPERIOR
TRIBE OF CHIPPEWA INDIANS OF THE BAD
RIVER RESERVATION and NAOMI
TILLISON,
in her official capacity,

*Counter-Defendants*.

Case No. 3:19-cv-00602-wmc

Judge William M. Conley
Magistrate Judge Stephen L. Crocker

**PLAINTIFF'S LIST OF EXHIBITS TO BE ADMITTED VIA DEPOSITION DESIGNATION**

In accordance with the Court's request, plaintiff Bad River Band of the Lake Superior Tribe of Chippewa Indians submits the following identification of exhibits it intends to move into evidence with witnesses whose testimony has been offered to the Court in the form of deposition designations:

1

| Witness | Designated Deposition Dkt. No. | Trial Exhibit No. | Deposition Exhibit No. |
|---|---|---|---|
| Kindred, Matt 30(b)(6) | 529 | Ex. 335 (objections reserved) | Summary Exhibit (Reroute permitting requirements) |
| | | Ex. 339 (objections reserved) | Kindred Deposition Exhibit 3 |
| | | Ex. 340 (objections reserved) | Kindred Deposition Exhibit 4 |
| | | Ex. 416 | Kindred Deposition Exhibit 1 |
| Lloyd, Stephen 30(b)(6) | 530 | Ex. 416 | Lloyd Deposition Exhibit 20 |
| McGuire, Colin | 579 | Ex. 67 | McGuire Deposition Exhibits 1 and 7 |
| | | Ex. 68 | McGuire Deposition Exhibits 3, 4, 5, 8, 12, and 14 |
| Tetteh-Wayoe, Deb 30(b)(6) | 532, 534 | Ex. 448 | Tetteh-Wayoe Deposition Exhibit 8 |
| Wetmore, Trent 30(b)(6) | 535, 536 | Ex. 450 | Wetmore Deposition Exhibit 2 |
| Yaremko, Robert 30(b)(6) | 537 | Ex. 193 | Yaremko Deposition Exhibit 5 |
| | | Ex. 194 | Yaremko Deposition Exhibit 3 |
| | | Ex. 195 | Yaremko Deposition Exhibit 4 |
| | | Ex. 417 | Yaremko Deposition Exhibit 1 |

Dated: October 25, 2022                    Respectfully submitted,

/s/ Riyaz A. Kanji

| | |
|---|---|
| Erick Arnold | Riyaz A. Kanji |
| BAD RIVER BAND OF THE LAKE SUPERIOR | David A. Giampetroni |
| TRIBE OF CHIPPEWA INDIANS OF THE BAD | Lucy W. Braun |
| RIVER RESERVATION | KANJI & KATZEN, P.L.L.C. |
| 72682 Maple Street | 303 Detroit Street, Suite 400 |
| Odanah, Wisconsin 54861 | Ann Arbor, MI 48104 |
| attorney@badriver-nsn.gov | rkanji@kanjikatzen.com |
| (715) 682-7107 | dgiampetroni@kanjikatzen.com |
| | lbraun@kanjikatzen.com |
| Bruce Wallace | (734) 769-5400 |
| Rachel N. Hanson | |
| HOOPER HATHAWAY PRICE BEUCHE | Jane G. Steadman |
| & WALLACE | Philip H. Tinker |
| 126 S. Main Street | Claire R. Newman |
| Ann Arbor, MI 48104 | KANJI & KATZEN, P.L.L.C. |
| bwallace@hooperhathaway.com | 811 1st Avenue, Suite 630 |
| (734) 662-4426 | Seattle, WA 98104 |
| | jsteadman@kanjikatzen.com |
| Oday Salim | ptinker@kanjikatzen.com |
| NATIONAL WILDLIFE FEDERATION | cnewman@kanjikatzen.com |
| 213 West Liberty Street, Suite 200 | (206) 344-8100 |
| Ann Arbor, MI 48104 | |
| salimo@nwf.org | |
| (586) 255-8857 | |

Douglas M. Poland
David P. Hollander
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Madison, WI 53701-1784
dpoland@staffordlaw.com
dhollander@staffordlaw.com
(608) 256-0226

*Counsel for the Bad River Band of the Lake Superior
Tribe of Chippewa Indians and Naomi Tillison,
Director of the Mashkiiziibii Natural Resources
Department of the Bad River Band, in her official
capacity*

1