# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 11/1/2022     DAY: Tuesday     START TIME: 9:07 am     TOTAL HOURS: 2hrs 41min

JUDGE/MAG.: WMC     CLERK: JLS     REPORTER: JLD

PROBATION OFFICER: _____     INTERPRETER: _____     SWORN: YES ☐  NO ☐

CASE NUMBER: 19-cv-602-wmc     CASE NAME: Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation v. Enbridge Energy Company, Inc., et al.

**APPEARANCES:**

PLAINTIFF(S): Douglas Poland          DEFENDANT(S): Justin Nemeroff
              Riyaz Kanji                            David Feinberg
              Claire Newman                          Michael Davis

PROCEEDINGS: Seventh day of court trial; closing arguments.

**PLAINTIFF(S) WITNESS**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**

1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK _____  RESUME _____  2ND BREAK _____  RESUME _____
3RD BREAK _____  RESUME _____  4TH BREAK _____  RESUME _____
ADJOURNMENT 10:48 am