IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.,<br><br>*Defendants*. | Case No. 3:19-cv-00602-wmc<br><br>Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |
| ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.,<br><br>*Counter-Plaintiffs*,<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity,<br><br>*Counter-Defendants*. | |

**BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS' EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

The Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation (the "Band") respectfully moves, on an emergency basis, for injunctive relief requiring Defendants Enbridge Energy Company, Inc., and Enbridge Energy, L.P. (collectively

1

"Enbridge"), to purge and shut down the Line 5 pipeline on the Bad River Reservation given the alarming amount and rate of erosion experienced at the Bad River meander in the last month.

In the past four weeks, bank erosion at the meander has proceeded at a staggering pace. At four locations the river is less than 15 feet from the pipeline, and only 11 feet of bank remains at the E series of monuments. At three of these locations, more bank has been lost in the past few weeks than presently stands between the pipeline and the river. For instance, at the M3 series of monuments, 34 feet of bank stood between the pipeline and the river before the second week of April. Even as of the filing of the parties' Joint Status Report on May 1, 23–24 feet of bank remained. *See* Dkt. 627 at 4 (fig. 2). Now, just one week later, 12.5 feet remain. Significant erosion is continuing as of the filing of this Motion, and the evidence strongly suggests that further bank loss could be substantial and result in exposure and rupture of the pipeline. The accompanying Memorandum of Law and Declaration of Ian Paton discuss these facts in detail.

Because of the proximity of the river to the pipeline at the meander, the Band requests a decision on this Motion by this Friday, May 12, 2023, and accordingly asks that the Court issue a schedule for Enbridge's briefing (and for argument, if the Court desires it) to reach a resolution by that date.

Dated: May 9, 2023                                  Respectfully submitted,

                                                    /s/ Riyaz A. Kanji

Erick Arnold                                        Riyaz A. Kanji
BAD RIVER BAND OF THE LAKE SUPERIOR                 David A. Giampetroni
TRIBE OF CHIPPEWA INDIANS OF THE BAD                Lucy W. Braun
RIVER RESERVATION                                   Christopher Miller
72682 Maple Street                                  Joshua C. Handelsman
Odanah, Wisconsin 54861                             Joohwan Kim
attorney@badriver-nsn.gov                           KANJI & KATZEN, P.L.L.C.
(715) 682-7107                                      303 Detroit Street, Suite 400
                                                    Ann Arbor, MI 48104
Bruce Wallace                                       rkanji@kanjikatzen.com
HOOPER HATHAWAY PRICE BEUCHE                        (734) 769-5400
& WALLACE
126 S. Main Street                                  Jane G. Steadman
Ann Arbor, MI 48104                                 Philip H. Tinker
bwallace@hooperhathaway.com                         Claire R. Newman
(734) 662-4426                                      KANJI & KATZEN, P.L.L.C.
                                                    811 1st Avenue, Suite 630
Oday Salim                                          Seattle, WA 98104
NATIONAL WILDLIFE FEDERATION                        jsteadman@kanjikatzen.com
213 West Liberty Street, Suite 200                  (206) 344-8100
Ann Arbor, MI 48104
salimo@nwf.org
(586) 255-8857

Douglas M. Poland
David P. Hollander
STAFFORD ROSENBAUM, LLP
222 West Washington Avenue, Suite 900
Madison, WI 53701
dpoland@staffordlaw.com
dhollander@staffordlaw.com
(608) 256-0226

*Counsel for the Bad River Band of the Lake Superior*
*Tribe of Chippewa Indians and Naomi Tillison, Director*
*of the Mashkiiziibii Natural Resources Department of*
*the Bad River Band, in her official capacity*

3

## CERTIFICATE OF SERVICE

I certify that on May 9, 2023, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Riyaz A. Kanji
Riyaz A. Kanji
