IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP<br><br>*Defendants*.<br><br>ENBRIDGE ENERGY, LP<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity<br><br>*Counter-Defendants.* | Case No. 3:19-cv-00602<br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**DECLARATION OF CANADIAN CHAMBER OF COMMERCE IN SUPPORT OF ENBRIDGE'S OPPOSITION TO MOTION FOR INJUNCTION**

I, Michael Harvey, have personal knowledge of the following and make this declaration in support of Enbridge Energy, Limited Partnership's ("Enbridge") opposition to Plaintiff's motion for injunction:

1. My business address is 1700-275 Slater Street, Ottawa, Ontario, Canada K1P 5H9. My current position is Vice President, Policy & International, Canadian Chamber of Commerce, ("the Chamber").

2. The Chamber represents some 200 000 Canadian businesses, through provincial, territorial, and local chambers of commerce, as well as individual and association members. Our mission is to drive change, partner broadly and be the undisputed champion and catalyst for the future of business success. Our vision is to build a Canada of thriving business opportunity, a strong economy, and a better life for all.

3. The Chamber is extremely concerned by the Bad River Band's ("Band") motion that requests that this Court enjoin the operation of Line 5 on an emergency basis.

4. The Great Lakes Region is home to 85 million people. The economies of our two countries are closely integrated, which has created a high standard of living on both sides of the United States-Canada border, and that is particularly the case for Michigan.

5. Our two countries are friends and allies, and our populations work together to create a prosperous North American continent.

6. The economic and energy disruption and damage to Canada and the United States from a Line 5 shutdown would be widespread and significant. Thousands of jobs would be lost in both Canada and the United States.

7. Further, alternatives to Line 5 are worse from a social perspective, as transporting oil by trucks, trains, and boats is less safe and pollutes more.

1

8. Putting the continued operation Line 5 at risk creates tremendous uncertainty that harms this fruitful and necessary cooperation between our two countries, preventing us from working together in the interest of our respective populations.

9. A shutdown would have significant domino effects on Canadians and Americans working not only in the oil industry but in interconnected areas. A shutdown would have a major impact on many communities on both sides of the border that depend on the wellbeing of businesses along the supply chain.

10. The adverse economic and social consequences that would result from a shutdown warrant that Line 5 remain operational.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 15th day of May, 2023.

*[signature: Michael Harvey]*

_____
Michael Harvey