IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff and Counter-Defendant*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.<br><br>*Defendants and Counter-Claimants*,<br><br>v.<br><br>NAOMI TILLISON,<br><br>*Counter-Defendant.* | Case No. 3:19-cv-00602<br><br><br>Judge William M. Conley<br>Magistrate Judge Stephen Crocker |

**NOTICE OF APPEAL**

Notice is hereby given that defendants/counter-claimants Enbridge Energy Company, Inc. and Enbridge Energy, L.P. hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment of the United States District Court for the Western District of Wisconsin entered on June 29, 2023 (Dkt. 689 ("Amended Final Judgment in a Civil Case")), by the Honorable William M. Conley.

Dated:  June 30, 2023
Respectfully submitted,

/s/ Joseph S. Diedrich

Michael C. Davis
David L. Feinberg
Justin B. Nemeroff
VENABLE LLP
600 Mass. Ave., NW
Washington, DC 20004
(202) 344-8278
MCDavis@venable.com
DLFeinberg@venable.com
JBNemeroff@venable.com

Eric M. McLeod
Joseph S. Diedrich
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 258-7380
eric.mcleod@huschblackwell.com
joseph.diedrich@huschblackwell.com

David H. Coburn
Alice E. Loughran
Mark C. Savignac
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000
dcoburn@steptoe.com
aloughran@steptoe.com
msavignac@steptoe.com

*Counsel for Defendants/Counter-Claimants*