IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION  *Plaintiff and Counter-Defendant,*  v.  ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.  *Defendants and Counter-Claimants/Appellants.*  v.  NAOMI TILLISON,  *Counter-Defendant.* | Case No. 3:19-cv-00602  Judge William M. Conley Magistrate Judge Stephen Crocker |

**DOCKETING STATEMENT**

Appellants Enbridge Energy Company, Inc. and Enbridge Energy, L.P. (collectively, "Enbridge") submit this Docketing Statement under Seventh Circuit Rules 3(c)(1) and 28(a):

1. The district court had subject-matter jurisdiction over the operative complaint and counterclaims. Specifically:

   a. The district court had subject-matter jurisdiction under 28 U.S.C. § 1362 because this action was brought by an Indian band with a governing body duly recognized by the Secretary of the Interior.

   b. The district court also had subject-matter jurisdiction under 28 U.S.C. § 1331, based on the existence of a federal question. Plaintiff brought claims, among others, for trespass to Indian lands and for public nuisance,

both of which are federal-law claims. *See Cnty. of Oneida v. Oneida Indian Nation*, 470 U.S. 226, 234 (1985); *Davilla v. Enable Midstream Partners L.P.*, 913 F.3d 959, 965 (10th Cir. 2019); *Michigan v. U.S. Army Corps of Eng'rs*, 758 F.3d 892 (7th Cir. 2014).

    c.    The district court has subject-matter jurisdiction over Enbridge's counterclaims under 28 U.S.C. § 1331, based on the existence of a federal question because the rights being asserted in the counterclaims are memorialized in federal right-of-way easements.

2.    Appellate jurisdiction exists under 28 U.S.C. § 1291. Specifically:

    a.    This appeal is taken from the Judgment of United States District Court for the Western District of Wisconsin entered on June 29, 2023 (Dkt. 689 ("Amended Final Judgment in a Civil Case")), by the Honorable William M. Conley. That Judgment is a final judgment which adjudicates all of the claims and counterclaims with respect to all parties.

    b.    No motions have been filed seeking review or alteration of that Judgment.

    c.    A Notice of Appeal was filed with the district court on June 30, 2023.

| | |
|---|---|
| Dated: June 30, 2023 | Respectfully submitted, |
| | /s/ Joseph S. Diedrich |

Michael C. Davis
David L. Feinberg
Justin B. Nemeroff
VENABLE LLP
600 Mass. Ave., NW
Washington, DC 20004
(202) 344-8278
MCDavis@venable.com
DLFeinberg@venable.com
JBNemeroff@venable.com

Eric M. McLeod
Joseph S. Diedrich
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 258-7380
eric.mcleod@huschblackwell.com
joseph.diedrich@huschblackwell.com

David H. Coburn
Alice E. Loughran
Mark C. Savignac
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000
dcoburn@steptoe.com
aloughran@steptoe.com
msavignac@steptoe.com

*Counsel for Defendants/Counter-Claimants/Appellants*