IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.,<br><br>*Defendants*.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, L.P.,<br><br>*Counter-Plaintiffs*,<br><br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity,<br><br>*Counter-Defendants*. | Case No. 3:19-cv-00602-wmc<br><br>Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff/counter-defendant Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation and counter-defendant Naomi Tillison, in her official capacity, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment of the United States District Court for the Western District of

Wisconsin entered on June 29, 2023 (Dkt. 689 ("Amended Final Judgment in a Civil Case")), by the Honorable William M. Conley.

Dated: July 27, 2023

Erick Arnold
BAD RIVER BAND OF THE LAKE SUPERIOR
TRIBE OF CHIPPEWA INDIANS OF THE BAD
RIVER RESERVATION
72682 Maple Street
Odanah, Wisconsin 54861
attorney@badriver-nsn.gov
(715) 682-7107

Respectfully submitted,

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji
David A. Giampetroni
Ian P. Fisher
Josh C. Handelsman
KANJI & KATZEN, P.L.L.C.
PO Box 3971
Ann Arbor, MI 48106
rkanji@kanjikatzen.com
(734) 769-5400

*Counsel for the Bad River Band of the Lake Superior*
*Tribe of Chippewa Indians and Naomi Tillison, Director*
*of the Mashkiiziibii Natural Resources Department of*
*the Bad River Band, in her official capacity*