IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION<br><br>*Plaintiff,*<br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP<br><br>*Defendants.* | Case No. 3:19-cv-00602<br><br>Judge William M. Conley |
| ENBRIDGE ENERGY, LP<br><br>*Counter-Plaintiff,*<br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity,<br><br>*Counter-Defendants.* | |

**ENBRIDGE'S MOTIONS FOR STAY AND, ALTERNATIVELY,
A FED. R. CIV. P 62.1 RULING TO MODIFY INJUNCTION**

Enbridge moves for a stay of the Court's shutdown injunction order. ECF No. 689 at 2 ¶ 4; Fed. R. Civ. P. 62(b); Fed. R. App. P. 8(a)(1)(A), (C). Alternatively, Enbridge requests a Fed. R. Civ. P 62.1(a)(3) ruling that, given intervening developments, the Court wishes to modify the shutdown injunction.

Enbridge proposes the following briefing schedule for these motions:

- Any amicus briefs supporting Enbridge are due in 7 calendar days from today;

- Plaintiffs' opposition brief is due in 14 calendar days from today;

- Any amicus briefs supporting Plaintiffs are due 21 calendar days from today;

- Enbridge's reply brief is due 28 calendar days from today.

Enbridge respectfully requests that the Court resolve these motions by no later than March 14, 2026 so that, if necessary, Enbridge can promptly seek relief in the U.S. Court of Appeals for the Seventh Circuit.

Dated: January 27, 2026                                            Respectfully submitted,

/s/ Joseph S. Diedrich
| | |
|---|---|
| Joseph S. Diedrich | Michael C. Davis |
| Eric M. McLeod | David L. Feinberg |
| HUSCH BLACKWELL LLP | VENABLE LLP |
| 33 East Main Street, Suite 300 | 600 Massachusetts Ave., NW |
| Madison, WI 53703 | Washington, DC 20001 |
| (414) 978-5425 | (202) 344-8278 |
| joseph.diedrich@huschblackwell.com | MCDavis@venable.com |
| eric.mcleod@huschblackwell.com | DLFeinberg@venable.com |

*Counsel for Enbridge Energy Company, Inc.,
and Enbridge Energy, Limited Partnership*